**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 13-21672-CIV-GOODMAN**

**[CONSENT CASE]**

BILLOREL ANTONIO LAINEZ FLORES,

     Plaintiff,

v.

WHEELS AMERICA MIAMI, INC., et al.,

     Defendants.

_____/

**ORDER STAYING CASE SOLELY AS TO**
**<u>DEFENDANT WHEELS AMERICA ALLOY WHEELS MIAMI, LLC</u>**

THIS CAUSE is before the Court on Wheels America Alloy Wheels Miami, LLC's suggestion of bankruptcy. [ECF No. 82].

Under 11 U.S.C. § 362, an application for bankruptcy operates to stay a judicial action against the bankruptcy debtor. Accordingly, this case is stayed as to defendant/bankruptcy debtor Wheels America Alloy Wheels Miami, LLC, pending the resolution of its bankruptcy case. *See Lane v. Capital Acquisitions & Mgmt. Co.*, No. 04-60602, 2007 WL 676019 (S.D. Fla. Feb. 28, 2007). As to the remaining defendants, this case will proceed as scheduled.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, July 2, 2014.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>**Copies furnished to**</u>:
All Counsel of Record
Kevin Hosein, *pro se*
7900 West 25th Court
Hialeah, FL 33016